IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HELEN SHERLEN WALKER, | * |
| Plaintiff, | * |
| v. | Case No.   5:21-cv-00227-TES-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 7, 2022, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 8th day of September, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk